___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  EDCV 11-1725-JST (FMOx)                             Date:  March 27, 2012
Title:  OKSANA TSAGAEVA v. AMERICA'S SERVICING COMPANY, et al.

Present: The Honorable JOSEPHINE STATON TUCKER, U.S. DISTRICT JUDGE

|  Ellen Matheson  | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| Not Present | Not Present |

**Proceedings:**   (In Chambers) ORDER ISSUING ORDER TO SHOW CAUSE FOR FAILURE TO PROPERLY FILE LOAN MODIFICATION READINESS FORM

  On March 2, 2012, the Court issued an Order Setting Loan Modification Readiness Conference for April 2, 2012 (Doc. 141).  Defendants were ordered to file and serve the Loan Modification Readiness Conference form at least five (5) court days before the hearing advising the Court whether the Readiness Conference remains necessary or may be vacated.

  On March 26, 2012, Defendants filed the Loan Modification Readiness Conference form (Doc. 145), but failed to identify all outstanding documents.

  The Court orders counsel for Defendants to show cause why the Court should not issue sanctions for the failure to properly file the referenced document.  The filing of a corrected document, **no later than March 28, 2012**, shall constitute compliance with this Order.

                                                                                Initials of Preparer:  enm

___