UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  EDCV 11-1725-JST (FMOx)                       Date:  July 11, 2012
Title:  Oksana Tsagaeva v. America's Servicing Company, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                          Not Present

**PROCEEDINGS:**    **(IN CHAMBERS)  ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED**

      Defendants Wells Fargo Home Mortgage, Inc. ("Wells Fargo"), America's Servicing Company ("ASC"), and Mortgage Electronic Registration Systems, Inc. removed this action from Riverside County Superior Court on the basis of diversity jurisdiction ("Removing Defendants").  (Notice of Removal at 2, Doc. 1.)  In the Notice of Removal, Removing Defendants assert that Plaintiff is a citizen of California (*id.* at 2), and Wells Fargo, and its wholly-owned subsidiary, ASC, are citizens of South Dakota (*id.* at 2-3).  Specifically, Removing Defendants assert that under *Wachovia Bank v. Schmidt*, 546 U.S. 303 (2006) and its progeny, a national banking association is a citizen only of the state in which its main office, as set forth in its articles of incorporation, is located.  (*Id.*)  For the reasons set forth in this Court's Remand Order, *David Tran v. Wells Fargo Bank NA, et al.*, No. 5:12-cv-0016-JST (OPx) (C.D. Cal. Jul. 6, 2012), Doc. 15, the Court disagrees with this assertion, and concludes that a national bank is also a citizen of the state in which its principal place of business is located.  Accordingly, Wells Fargo and ASC are citizens of California, and it appears the requirement of complete diversity is not met.

      Accordingly, Removing Defendants are ordered to show cause no later than **July 20, 2012**, why this case should not be remanded for lack of subject matter jurisdiction.  Failure to respond by the above date will result in the Court remanding this case.

                                                                             Initials of Preparer:  enm