UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  EDCV 11-1725-JST (FMOx)                                        Date:  July 23, 2012
Title:  Oksana Tsagaeva v. America's Servicing Company, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                      Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER REMANDING CASE TO RIVERSIDE SUPERIOR COURT, CASE NO. RIC 1116363**

   On July 11, 2012, the Court ordered Defendants to show cause why this case should not be remanded for lack of subject matter jurisdiction.  (Doc. 158.)  The Court noted that it had previously concluded that Wells Fargo entities, including Defendants Wells Fargo Home Mortgage, Inc. and America's Servicing Company, are citizens of California, and therefore, the requirement of complete diversity is not met.  (*See id.*)  Defendants filed a response on July 16, 2012, in which they indicated that they disagree with this Court's analysis and conclusion in *Tran v. Wells Fargo Bank NA, et al.*, No. 5:12-cv-0016-JST (OPx) (C.D. Cal. Jul. 6, 2012), Doc. 15.  (Resp. to Order to Show Cause, Doc. 8.)  However, the Court declines to reconsider its conclusion in *Tran*.  Accordingly, the Court concludes that it lacks subject matter jurisdiction, and REMANDS this case to Riverside County Superior Court, Case No. RIC 1116363.

Initials of Preparer:  enm